CJA,**CLOSED**

## US District Court Electronic Case Filing System
## District of Utah (Central)
## CRIMINAL DOCKET FOR CASE #: 2:14-cr-00124-DN-1

| | |
|---|---|
| Case title: USA v. Hathaway | Date Filed: 03/12/2014 |
| | Date Terminated: 05/15/2015 |

Assigned to: Judge David Nuffer

### Defendant (1)

**Corbon Dalynn Hathaway**  represented by  **Jeremy M. Delicino**
*TERMINATED: 05/15/2015*                              JEREMY DELICINO LLC
                                                      9 EXCHANGE PL STE 600
                                                      SALT LAKE CITY, UT 84111
                                                      (801)364-6474
                                                      Email: jeremy@jeremydelicino.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1344 BANK FRAUD; 18:2 Aiding and Abetting<br>(4) | Dft pleaded guilty. SENTENCE: Dft committed to custody of BOP for 36 months. Upon rls, dft shall be on Supervised Release for 60 months. FINE: None. RESTITUTION: $30,417.48. SPA: $100.00 |

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1344 BANK FRAUD; 18:2 Aiding and Abetting<br>(1-3) | Dismissed per government motion |
| 18:1344 BANK FRAUD; 18:2 Aiding and Abetting<br>(5-8) | Dismissed per government motion |
| 18:1028A FRAUD WITH IDENTIFICATION DOCUMENTS Aggravated Identity Theft; 18:2 Aiding and Abetting<br>(9-10) | Dismissed per government motion |

CM/ECF - U.S. District Court:utd                    https://ecf.utd.uscourts.gov/cgi-bin/DktRpt.pl?659844813521941-L_1_0-1

Case 4:19-mj-10525-REB   Document 1   Filed 08/26/19   Page 2 of 6

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

## Plaintiff

| | | |
|---|---|---|
| USA | represented by | **Richard W. Daynes**<br>US ATTORNEY'S OFFICE<br>111 S MAIN ST STE 1800<br>SALT LAKE CITY, UT 84111-2176<br>(801) 325-3361<br>Email: Richard.Daynes@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/12/2014 | 1 | INDICTMENT as to Corbon Dalynn Hathaway (1) count(s) 1-8, 9-10. Assigned to Judge David Nuffer (alt) (Entered: 03/12/2014) |
| 03/13/2014 | 10 | ARREST Warrant Returned Executed on 3/13/14, filed on 3/20/14 in case as to Corbon Dalynn Hathaway (alt) (Entered: 03/21/2014) |
| 03/18/2014 | 3 | First MOTION for Writ of Habeas Corpus ad prosequendum by USA as to Corbon Dalynn Hathaway. (Attachments: # 1 Text of Proposed Order)(Daynes, Richard) (Entered: 03/18/2014) |
| 03/18/2014 | 4 | DOCKET TEXT ORDER granting 3 Motion for Writ of Habeas Corpus ad prosequendum as to Corbon Dalynn Hathaway (1). Signed by Magistrate Judge Paul M. Warner on 3/18/14. No attached document. (ksm) (Entered: 03/18/2014) |
| 03/18/2014 | 5 | Writ of Habeas Corpus ad Prosequendum Issued as to Corbon Dalynn Hathaway for 3/20/14 10:45 a.m. before Magistrate Judge Paul M. Warner (alt) (Entered: 03/18/2014) |
| 03/20/2014 | 6 | Minute Entry for proceedings held before Judge Magistrate Judge Paul M. Warner: Initial Appearance/Arraignment/Pretrial Conference as to Corbon Dalynn Hathaway (1) Count 1-8,9-10 held on 3/20/2014.Defendant present and in custody. Financial Affidavit submitted The court appoints CJA counsel. Added attorney Jeremy M. Delicino for Corbon Dalynn Hathaway. The dft waives formal reading of Indictment. Rights and penalties explained. The dft enters a plea of NOT GUILTY.The govt. seeks detention. The dft is here on a writ. The dft elects to stay in Federal Custody. The court orders the dft detained and remanded to the USMS pending resolution of this matter. ( Discovery due by 3/27/2014., Motions due by 4/17/2014., Plea Agreement due by 4/7/2014., Proposed Jury Instructions along with proposed voir dire questions 5/23/2014., 3 Day Jury Trial set for 5/27/2014 08:30 AM in Rm 3.100 before Judge David Nuffer.) Attorney for Plaintiff: Scott Romney, Attorney for Defendant: Jeremy Delicino, CJA. Interpreter: Not Needed. Probation Officer: Blanca Tillman. Court Reporter: Laura |

| | | |
|---|---|---|
| | | Robinson. (ksm) (Entered: 03/20/2014) |
| 03/20/2014 | 8 | DOCKET TEXT ORDER OF DETENTION PENDING TRIAL as to Corbon Dalynn Hathaway NOTE: Any future review of detention will remain with the magistrate judge who entered the first detention order, even if an order of referral to a different magistrate judge is entered on this defendant's case. No attached document.. Signed by Magistrate Judge Paul M. Warner on 3/20/14. (ksm) (Entered: 03/20/2014) |
| 03/20/2014 | 9 | NOTICE OF ATTORNEY APPEARANCE: Jeremy M. Delicino appearing for Corbon Dalynn Hathaway (Delicino, Jeremy) (Entered: 03/20/2014) |
| 04/01/2014 | 12 | First MOTION for Protective Order by USA as to Corbon Dalynn Hathaway. (Attachments: # 1 Text of Proposed Order)(Daynes, Richard) (Entered: 04/01/2014) |
| 04/02/2014 | 13 | PROTECTIVE ORDER granting 12 Motion for Protective Order as to Corbon Dalynn Hathaway (1). Signed by Magistrate Judge Paul M. Warner on 4/1/14 (alt) (Entered: 04/02/2014) |
| 04/03/2014 | 14 | First CERTIFICATE OF COMPLIANCE *and Request for Reciprocal Discovery* filed by USA as to Corbon Dalynn Hathaway. (Daynes, Richard) (Entered: 04/03/2014) |
| 04/28/2014 | 15 | Stipulated MOTION to Continue filed by Corbon Dalynn Hathaway. (Delicino, Jeremy) (Entered: 04/28/2014) |
| 04/29/2014 | 16 | ORDER TO CONTINUE - Ends of Justice as to Corbon Dalynn Hathaway: Time excluded from 5/27/14 until 9/8/14. Motion granted: 15 Stipulated MOTION to Continue. 3-Day Jury Trial reset for 9/8/2014 08:30 AM in Rm 3.100 before Judge David Nuffer. Signed by Judge David Nuffer on 4/29/14<br>Court Address: NEW COURTHOUSE - 351 South West Temple, Salt Lake City, Utah (alt) (Entered: 04/29/2014) |
| 08/26/2014 | | **NOTICE VACATING 3-DAY JURY TRIAL HEARING** as to Corbon Dalynn Hathaway set for Monday, September 8, 2014 before Judge David Nuffer.<br><br>On 8/5/2014, defense counsel notified Judge Nuffer's chambers that the trial will not go forward as scheduled. Counsel are to either file a motion to continue or set the matter for resolution before the duty magistrate judge on or before Noon, September 3, 2014. (asb) (Entered: 08/26/2014) |
| 09/03/2014 | 19 | Stipulated MOTION to Continue filed by Corbon Dalynn Hathaway. (Attachments: # 1 Order)(Delicino, Jeremy) (Entered: 09/03/2014) |
| 09/03/2014 | 20 | ORDER TO CONTINUE - Ends of Justice as to Corbon Dalynn Hathaway: Time excluded from 9/8/14 until 11/12/14. Motion granted: 19 Stipulated MOTION to Continue. 3-Day Jury Trial reset for 11/12/2014 08:30 AM in Rm 3.100 before Judge David Nuffer. Signed by Judge David Nuffer on 9/3/14<br>Court Address: NEW COURTHOUSE - 351 South West Temple, Salt Lake City, Utah (alt) (Entered: 09/03/2014) |
| 10/21/2014 | | **NOTICE VACATING 3-DAY JURY TRIAL HEARING** as to Corbon Dalynn Hathaway set for Wednesday, November 12, 2014 before Judge David Nuffer. On 10/6/2014, defense counsel notified Judge Nuffer's chambers that they will be filing a motion to continue. Motion to be filed before Noon, Wednesday, October 29, 2014. (asb) (Entered: 10/21/2014) |

CM/ECF - U.S. District Court:utd   https://ecf.utd.uscourts.gov/cgi-bin/DktRpt.pl?659844813521941-L_1_0-1

Case 4:19-mj-10525-REB   Document 1   Filed 08/26/19   Page 4 of 6

| | | |
|---|---|---|
| 10/30/2014 | 21 | **NOTICE OF HEARING** as to Corbon Dalynn Hathaway (Notice generated by DBP Chambers). Change of Plea Hearing set for 11/24/2014 10:00 AM in Rm 8.400 before Magistrate Judge Dustin B. Pead.<br>Court Address: NEW COURTHOUSE - 351 South West Temple, Salt Lake City, Utah (tls) (Entered: 10/30/2014) |
| 11/21/2014 | 22 | **NOTICE OF HEARING** as to Corbon Dalynn Hathaway (Notice generated by BCW chambers) Change of Plea Hearing RESET (per J. Delicano) for 12/8/2014 09:45 AM in Rm 8.400 before Magistrate Judge Brooke C. Wells.<br>Court Address: NEW COURTHOUSE - 351 South West Temple, Salt Lake City, Utah (mlp) (Entered: 11/21/2014) |
| 12/08/2014 | 23 | Minute Entry for proceedings held before Magistrate Judge Brooke C. Wells. Change of Plea Hearing as to Corbon Dalynn Hathaway held on 12/8/2014. Dft present in custody with cnsl. Consent to Proceed Before Magistrate Judge executed and filed. Dft sworn and answered questions posed by the Court. Based upon answers received the Court finds dft is legally competent to enter into plea today. Dft entered plea of GUILTY to count 4 of the indictment. Statement in Advance of Plea of Guilty executed and filed. Court accepts the plea finding that it was knowingly, intelligently and voluntarily entered. Presentence Report ordered. Sentencing set for 2/23/2015 at 02:00 PM in Rm 3.100 before Judge David Nuffer. Dft remanded to USMS. Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Jeremy Delicino, CJA. USPO: Heidi Grossman, Court Reporter: electronic (no court reporter present).(Time Start: 9:50, Time End: 10:10, Room 8.4.) (mlp) (Entered: 12/08/2014) |
| 12/08/2014 | 24 | ORDER OF REFERENCE Under 636 (b)(3) and CONSENT TO ENTRY OF PLEA before Magistrate Judge Brooke C.Wells as to Corbon Dalynn Hathaway. Signed by Judge David Nuffer on 12/8/2014.(mlp) (Entered: 12/09/2014) |
| 12/08/2014 | 25 | STATEMENT IN ADVANCE OF PLEA as to Corbon Dalynn Hathaway (mlp) (Entered: 12/09/2014) |
| 12/08/2014 | 26 | ***SEALED DOCUMENT*** Plea Supplement pursuant to DUCrimR11-1 as to Corbon Dalynn Hathaway (mlp) (Entered: 12/09/2014) |
| 01/12/2015 | 27 | **AMENDED NOTICE OF HEARING** as to Corbon Dalynn Hathaway<br><br>Sentencing reset for Monday, 3/23/2015 at 02:30 PM in Rm 3.100 before Judge David Nuffer. (moved from 2/23/2015 per telephone request by defense counsel) (asb) (Entered: 01/12/2015) |
| 03/17/2015 | 29 | **AMENDED NOTICE OF HEARING** as to Corbon Dalynn Hathaway<br><br>Sentencing reset for Monday, 4/13/2015 at 11:30 AM in Rm 3.100 before Judge David Nuffer. (moved from 3/23/2015 per telephone request by defense counsel) (asb) (Entered: 03/17/2015) |
| 03/19/2015 | 30 | Governments Position with Respect to Sentencing Factors as to Corbon Dalynn Hathaway (Daynes, Richard) (Entered: 03/19/2015) |
| 04/03/2015 | 31 | **AMENDED NOTICE OF HEARING** as to Corbon Dalynn Hathaway<br><br>Sentencing reset for Monday, 4/27/2015 at 02:30 PM in Rm 3.100 before Judge David Nuffer. (moved from 4/13/2015 per email request by government counsel) (asb) |

| | | |
|---|---|---|
| | | (Entered: 04/03/2015) |
| 04/24/2015 | 32 | **NOTICE OF HEARING** as to Corbon Dalynn Hathaway<br><br>Sentencing set for Monday, 4/27/2015 at 02:30 PM in Rm 7.300 before Judge David Nuffer. (PLEASE NOTE ROOM CHANGE) (asb) (Entered: 04/24/2015) |
| 04/27/2015 | 33 | Minute Entry for proceedings held before Judge David Nuffer:,<br>Defendant present with counsel and in custody. Amendments to PSR discussed. Statements made by government, defense counsel, and one victim. Government requested 10 days to resolve restitution. Court continued the sentencing. Sentencing reset for Tuesday, 5/12/2015 at 03:30 PM in Rm 3.100 before Judge David Nuffer. Defendant remanded to USMS custody.<br>Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Jeremy Delicino, CJA. Probation Officer: Heidi Groussman. Court Reporter: Becky Janke.(Time Start: 2:35, Time End: 3:00, Room 7.300.) (asb) (Entered: 04/27/2015) |
| 05/12/2015 | 35 | Minute Entry for proceedings held before Judge David Nuffer: Sentencing held on 5/12/2015 for Corbon Dalynn Hathaway (1),<br>Defendant present with counsel and in custody. Statements made by counsel, defendant & government. Court Adjudges:<br>Sentence:<br>Count(s) 1-3, 5-8, 9-10, Dismissed per government motion.; Count(s) 4, Defendant placed in BOP custody for a term of 36 months. Upon release, defendant placed on supervised release for a term of 60 months. Standard and special conditions of supervision imposed. VAF $100 due immediately. No fine. Restitution $30,417.48..<br>COP: 12/8/2015.<br>Defendant remanded to USMS custody.<br>Attorney for Plaintiff: Richard Daynes, Attorney for Defendant: Jeremy Delicino, CJA. Probation Officer: Heidi Groussman. Court Reporter: Kelly Hicken.(Time Start: 3:30, Time End: 3:45, Room 3.100.) (asb) (Entered: 05/12/2015) |
| 05/15/2015 | 37 | JUDGMENT as to Corbon Dalynn Hathaway (1). Count(s) 1-3, 5-8, 9-10, Dismissed per government motion; Count(s) 4, Dft pleaded guilty. SENTENCE: Dft committed to custody of BOP for 36 months. Upon rls, dft shall be on Supervised Release for 60 months. FINE: None. RESTITUTION: $30,417.48. SPA: $100.00. Defendant Termed - CASE CLOSED. Signed by Judge David Nuffer on 5/13/15 (alt) (Entered: 05/15/2015) |
| 05/15/2015 | 38 | **SEALED DOCUMENT** RESTITUTION LIST re 37 Judgment, as to Corbon Dalynn Hathaway (alt) (Entered: 05/15/2015) |
| 05/26/2015 | 40 | Writ of Habeas Corpus ad Prosequendum Returned Executed as to Corbon Dalynn Hathaway on 3/20/2014. (jds) (Entered: 05/28/2015) |

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 08/26/2019 10:01:33 | | |
| **PACER Login:** | Kmontgomery0898:5022734:0 | **Client Code:** |
| **Description:** | Docket Report | **Search Criteria:** 2:14-cr-00124-DN |

| Billable Pages: | 4 | Cost: | 0.40 |